JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>FELD ENTERTAINMENT, INC., et al.,<br><br>        Defendants. | Case No. CV 20-11615-GW-Ex<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The Court, having considered the Joint Stipulation to Dismissal of Action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby orders:

    1. Plaintiff's First Amended Complaint is dismissed with prejudice.

    2. Each side will bear its own fees, costs, and expenses incurred in this action.

    IT IS SO ORDERED.

Dated: May 17, 2021

                                                _____
                                                HON. GEORGE H. WU,
                                                UNITED STATES DISTRICT JUDGE